# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE A. TOLIVER, | Case No. 2:17-cv-02612-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE OFFICER J. SOLES, et al., | |
| Defendants. | |

Presently before the court are pro se plaintiff George A. Toliver's motions requesting a decision on his application to proceed *in forma pauperis* (ECF Nos. 6, 7), filed on November 22, 2017, and June 22, 2018, respectively. Mr. Toliver's application to proceed *in forma pauperis* (ECF No. 5) was filed on November 21, 2017.

The court addresses all applications to proceed *in forma pauperis* in the order they are filed. While the court strives to resolve all matters as expeditiously as possible, given the court's current caseload, as well as the fact that all criminal matters must be addressed before all civil matters as liberty interests are at stake, the screening process for *in forma pauperis* applications is lengthy. The court will address Mr. Toliver's application to proceed *in forma pauperis* in due course. Mr. Toliver's motions requesting a decision are denied without prejudice.

IT IS SO ORDERED.

DATED: August 9, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE