# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE A. TOLIVER, | Case No. 2:17-cv-02612-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE OFFICER J. SOLES, et al., | |
| Defendants. | |

The United States district judge assigned to this case adopted the undersigned's report and recommendation regarding pro se plaintiff George A. Toliver's civil-rights complaint. (Order (ECF No. 11).) The order detailed which claims would proceed against which defendants and advised Toliver regarding the claims that were dismissed with leave to amend. (*Id.*) Toliver subsequently filed a notice indicating that he does not seek to amend his complaint and will proceed on the operative complaint. (Notice (ECF No. 12).) Accordingly,

IT IS ORDERED that the clerk of court must send to Toliver five blank summons forms and five blank USM-285 forms, along with a copy of this order.

IT IS FURTHER ORDERED that Toliver must complete the forms for (1) Las Vegas Metropolitan Police Department Officer J. Soles #15320; (2) unnamed Las Vegas Metropolitan Police Department Officer #15319; (3) parole officer John D. Mehalko; (4) parole sergeant E. Tanner; and (5) parole lieutenant Shane Brandon and file them with the court by August 10, 2019.

IT IS FURTHER ORDERED that upon receipt of the proposed summonses and completed USM-285 forms from Toliver, the clerk of court must issue the summonses and deliver the summonses, the USM-285 forms, a copy of Plaintiff's complaint (ECF No. 10), and a copy of this order to the U.S. Marshal for service.

DATED: July 10, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE