# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE A. TOLIVER, | Case No. 2:17-cv-02612-MMD-DJA |
| Plaintiff, | |
| v. | **ORDER AND**<br>**REPORT AND RECOMMENDATION** |
| LAS VEGAS METROPOLITAN POLICE OFFICER J. SOLES, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff George A. Toliver's Motion for Service by Publication (ECF No. 37) filed on January 10, 2020. Toliver requests that the Court serve by publication Defendant Police officer E. Mancpo. He fails to cite any authority for why service by publication is warranted. Moreover, Defendant E. Mancpo was dismissed on June 20, 2019. (ECF No. 11). Indeed, Defendants Jonathan Solis and Joel Tomlinson filed a Response (ECF No. 38) on January 24, 2020 opposing Plaintiff's request due to the dismissal of any claim against E. Mancpo. As a result, the Court does not find that service on E. Mancpo is warranted, much less by publication, and will deny Plaintiff's request. Similarly, the Court notes that no service was completed as to John D. Mehalko, Jr. by January 4, 2020. It will recommend that Defendant John D. Mehlako, Jr. be dismissed from this case.

Plaintiff filed a Motion for a Scheduling Order (ECF No. 39) on February 7, 2020 and Defendants filed a Stipulated Discovery Plan and Scheduling Order (ECF No. 40) on February 14, 2020. The Court finds Plaintiff's Motion (ECF No. 39) to be moot given the stipulated discovery plan that indicates he participated in the discovery conference via telephone. The Court will approve the parties' discovery plan and scheduling order (ECF No. 40) to govern discovery this this matter and sets forth the applicable deadlines below.

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff George A. Toliver's Motion for Service by Publication (ECF No. 37) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Scheduling Order (ECF No. 39) is **denied as moot**.

**IT IS FURTHER ORDERED** that the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 40) is granted.  The following deadlines shall govern discovery:

- Initial disclosures: February 27, 2020
- Amend the pleadings and add parties: March 3, 2020
- Discovery cutoff: June 1, 2020
- Expert disclosures: April 2, 2020
- Rebuttal expert disclosures: May 4, 2020
- Interim status report: April 2, 2020
- Dispositive motions: July 1, 2020
- Joint pretrial order: July 31, 2020

## RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that Defendant John D. Mehlako, Jr. be dismissed from this case pursuant to Fed.R.Civ.P. 4(m).

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 11, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE