LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Jonathan Solis and Joel Tomlinson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE A. TOLIVER,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE OFFICERS, et al.<br><br>        Defendants. | CASE NO.:   2:17-cv-02612-MMD-DJA<br><br>**JONATHAN SOLIS and JOEL TOMLINSON'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(1st Request) |

Defendants, Jonathan Solis and Joel Tomlinson (collectively "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, hereby move for an Order extending the current dispositive motion deadline in this matter. This Motion is based on Federal Rule of Civil Procedure 26 and Local Rule 26-3, the pleadings and papers on file herein, the following

/ / /

/ / /

/ / /

/ / /

Memorandum of Points and Authorities and any such oral argument as may be set.

DATED this 10th day of June, 2020.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Jonathan Solis and Joel Tomlinson*

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.     PROCEDURAL HISTORY**

Plaintiff served his Complaint filed June 5, 2019 on LVMPD Defendants on November 14, 2019.  LVMPD Defendants filed their Answer on December 4, 2019. [ECF No. 28].  The parties submitted a proposed Discovery Plan and Scheduling Order on February 14, 2020. [ECF No. 40].  This Court entered a Scheduling Order on March 11, 2020. [ECF No. 41].  That Scheduling Order provides the current deadline to file dispositive motions of July 1, 2020.

LVMPD Defendants provided their Rule 26 Disclosures and first Supplement to Plaintiff. Defendants Tanner and Brandon ("State Defendants") provide their Rule 26 Disclosures as well. Plaintiff never provided any disclosures to the Defendants.  LVMPD Defendants served written discovery (Interrogatories, Requests for Admissions, and Requests for Production of Documents) on Plaintiff which Plaintiff responded to.  Plaintiff also served written discovery on the State Defendants and LVMPD Defendants which was also responded to.  Discovery in this matter is now complete and the deadline to complete discovery has passed.

/ / /

## II. AN EXTENSION IS WARRANTED

Good cause is shown for the following reasons. First, as this Court is aware, Nevada Governor Steve Sisolak ordered that all non-essential businesses in the State of Nevada be closed due to the worldwide pandemic and spread of COVID19. Kaempfer Crowell did continue to work during the shutdown remotely. However, because of the social distancing standards and shut down, no in-person meetings were able to take place; no hearings took place; and no depositions took place. Nevada recently entered Phase II of re-opening and Kaempfer Crowell has resumed normal Office operations as of June 1, 2020. Likewise, this Court resumed on June 3, 2020. Now, in-person meetings and depositions in other matters have resumed and at a fast pace. Indeed, Counsel has been conducting in-person meetings and attending depositions nearly daily. Because of this, Counsel is requesting an additional thirty (30) days to file dispositive motions. This brief delay is warranted due to circumstances and will not cause harm or prejudice to any party.

## III. DISCOVERY.

**1. Discovery Completed To Date.**

As stated above, discovery is now closed.

**2. Discovery To Be Completed.**

No further discovery is necessary.

**3. Reasons Why Discovery Incomplete.**

Discovery has been completed. Counsel is requesting an extension of the dispositive motion deadline due to being inundated with meetings and depositions with business operations recently resuming.

/ / /

/ / /

**4.     Proposed Dates.**

LVMPD Defendants request that the Scheduling Order be amended to reflect the following:[1]

| Activity | Current Date | Proposed Date |
|---|---|---|
| Dispositive Motions | July 1, 2020 | July 31, 2020 |
| Proposed Joint Pretrial Order | July 31, 2020 | August 31, 2020 |

**IV.     CONCLUSION**

Based upon the foregoing, LVMPD Defendants request the Court extend the current dispositive motion deadline for an additional thirty (30) days.

DATED this 10th day of June, 2020.

KAEMPFER CROWELL


By:  /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Jonathan Solis and Joel Tomlinson*

**IT IS SO ORDERED.**

Dated: June 11, 2020

_____
Daniel J. Albregts
United States Magistrate Judge

---

[1] LVMPD Defendants are requesting an extension of the dispositive motion deadline, only, by thirty (30) days.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2570296_1.doc  6943.194

Page 4 of 5

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **JONATHAN SOLIS and JOEL TOMLINSON'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE (1st Request)** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

George A. Tolliver
867 N. Lamb Blvd., #203
Las Vegas, NV 89110

***Plaintiff, Pro Se***

*(Via U.S., First Class Mail)*

Adam D. Honey
Office of the Attorney General
555 E. Washington Ave. Ste. 3900
Las Vegas, NV 89101

***Attorney for Defendants Eva Tanner and Shane Brandon***

DATED this 10th day of June, 2020.

/s/ *Bonnie Jacobs*
an employee of Kaempfer Crowell

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2570296_1.doc  6943.194